```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 44734
     ISRAEL HOWARD
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

          Debtor
     SSN XXX-XX-3915

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/06/2004 and was confirmed 05/12/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.16%.

     The case was dismissed after confirmation 07/12/2007.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID          PAID
-------------------------------------------------------------------------------
RISK MANAGEMENT ALTERNAT  NOTICE ONLY   NOT FILED              .00            .00
NAVY FEDERAL CREDIT UNIO  UNSECURED       6760.27              .00            .00
FIRST CONSUMERS           NOTICE ONLY   NOT FILED              .00            .00
NATIONWIDE COMMERCIAL LP  UNSECURED        951.51              .00            .00
TRIAD FINANCIAL CORP      UNSECURED           .00              .00            .00
I C COLLECTION SERVICE    UNSECURED     NOT FILED              .00            .00
GLOBAL PAYMENT            UNSECURED     NOT FILED              .00            .00
INTERNAL REVENUE SERVICE  PRIORITY       1502.20               .00            .00
US CELLULAR               UNSECURED     NOT FILED              .00            .00
FIRST CONSUMERS           UNSECURED        212.41              .00            .00
CAPITAL ONE AUTO FINANCE  SECURED        20000.00          2166.97        7613.93
INTERNAL REVENUE SERVICE  NOTICE ONLY   NOT FILED              .00            .00
INTERNAL REVENUE SERVICE  UNSECURED         29.16              .00            .00
DISTRICT DIRECTOR         NOTICE ONLY   NOT FILED              .00            .00
DISTRICT DIRECTOR         NOTICE ONLY   NOT FILED              .00            .00
CITY OF CHICAGO PARKING   UNSECURED        700.00              .00            .00
GLOBAL PAYMENT INC        NOTICE ONLY   NOT FILED              .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED     NOT FILED              .00            .00
AT & T BANKRUPCTY         UNSECURED     NOT FILED              .00            .00
SBC                       NOTICE ONLY   NOT FILED              .00            .00
ECAST SETTLEMENT CORP     UNSECURED        252.66              .00            .00
CAPITAL ONE AUTO FINANCE  UNSECURED       2218.61              .00            .00
SKOKIE MOTOR SALES        UNSECURED      10864.36              .00            .00
TIMOTHY K LIOU            DEBTOR ATTY     2,614.40                         2,614.40
TOM VAUGHN                TRUSTEE                                            656.63
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 13,051.93

                    PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 44734 ISRAEL HOWARD
```

```
PRIORITY                                                              .00
SECURED                                                          7,613.93
    INTEREST                                                     2,166.97
UNSECURED                                                             .00
ADMINISTRATIVE                                                   2,614.40
TRUSTEE COMPENSATION                                               656.63
DEBTOR REFUND                                                         .00
                                     ----------------    ----------------
TOTALS                                      13,051.93           13,051.93
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 10/23/07                _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE